ISAAC TANENBAUM, Respondent, *v.* COMMERCIAL CREDIT CORPORATION, Appellant.

(Submitted October 18, 1935; decided November 26, 1935.)

*Duane R. Dills* and *Walter G. Schelker, Jr.,* for appellant.
*Irwin M. Levy* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ. Dissenting: CRANE, Ch. J., and LEHMAN, J. Not sitting: CROUCH, J.